**SIMMONS JANNACE DELUCA, LLP**
ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca∆
Allison C. Leibowitz
Stacey Ramis Nigro

Daniel P. Borbet
Katherine R. Cutrone
Irina Feferman*
Ian E. Hannon
Sally Kassim-Schaefer
Michael C. Lamendola*
Aric H. Peymann
Daniel J. Solinsky

Counsel
Susan B. Jannace
Ross M. Chinitz∆

*Also Admitted NJ
∆Also Admitted CT

**MEMO ENDORSED**

October 20, 2020

**Via ECF**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re: Damon Burtwell v. Cumberland Farms and
        Cumberland Farms Inc.
        Case No.: 20-CV-05034(KMK)
        Our File No.: 599-9495

Dear Hon. Kenneth M. Karas:

    Our office represents defendant, Cumberland Farms Inc. i/s/h/a Cumberland Farms and Cumberland Farms Inc. Pursuant to the Court's Calendar Notice dated October 19, 2020, an initial conference is currently scheduled for October 26, 2020 at 10:00 a.m. I respectfully request an adjournment of the conference as I have a virtual trial conference in Supreme Court, Queens County, scheduled for the same time.

    I have conferred with plaintiff's counsel who consents to this application. The parties respectfully submit the following alternative dates: October 27, 2020, October 28, 2020 or November 1, 2020.

    Thank you for the opportunity to address the Court in this matter. Please feel free to contact me with any questions.

                              Respectfully submitted,

                              /s/ Ian E. Hannon
                              Ian E. Hannon

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
October 20, 2020
Page 2


IEH:
cc:  **Via ECF**
     Sobo & Sobo, LLP
     One Dolson Avenue
     Middletown, NY 10940

Granted. The Court will hold a teleconference on October 28, 2020 at 11:00 AM

SO ORDERED

KENNETH M. KARAS U.S.D.J.

10/22/2020